UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHAD TAYLOR                                                                                         PLAINTIFF

v.                                        No. 2:18-CV-02044

MORIAH MANAGEMENT, LLC                                                                DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 8th day of November, 2018.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE